United States Courts
Southern District of Texas
FILED

SEP 18 2025

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § CHRISTOPHER RAY GRISSOM § BRADLEY LUKE GUIDRY, JR. § KARL ANTHONY KEITH, JR. § *Lanny ~~LARRY~~ CHRISTOPHER PRIMEAUX § CHELSEA RAE JONES § ANNA RENEE MARTINEZ § | CRIMINAL NUMBER **V-25-82** |

*Amended by order of the Court on 2/23/2026.

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about October 1, 2024, and on or about March 26, 2025, in the Victoria Division of the in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

CHRISTOPHER RAY GRISSOM,
BRADLEY LUKE GUIDRY, JR.,
KARL ANTHONY KEITH, JR.,
LARRY CHRISTOPHER PRIMEAUX,
CHELSEA RAE JONES
and ANNA RENEE MARTINEZ

did knowingly and intentionally conspire together with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about March 26, 2025, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### CHRISTOPHER RAY GRISSOM,

knowingly possessed three (3) firearms in and affecting interstate and foreign commerce, to wit;

- a.) a Derringer F.I.E., Model D 38, .38 SP caliber pistol, serial number obliterated;
- b.) a German Sport Guns, Model GSG-1911, .221R caliber pistol, bearing serial number A739918;
- c.) a Smith & Wesson, Model SD 40, .40 caliber pistol, bearing serial number FCF2542;

having previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

On or about March 26, 2025, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### CHRISTOPHER RAY GRISSOM,

knowingly possessed a firearm, to wit; a Derringer F.I.E., Model D 38, .38 SP caliber pistol that had been shipped and transported in interstate and foreign commerce, knowing that the manufacturer's serial number had been removed, altered and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B),

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States

Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), as alleged in Count Four of the Indictment, notice is given that the defendant,

CHRISTOPHER RAY GRISSOM,

shall forfeit to the United States any firearm used in commission of the offense, including, but not limited to, the following:

a.) a Derringer F.I.E., Model D 38, .38 SP caliber pistol, serial number obliterated;

b.) a German Sport Guns, Model GSG-1911, .221R caliber pistol, bearing serial number A739918;

c.) a Smith & Wesson, Model SD 40, .40 caliber pistol, bearing serial number FCF2542;

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney